# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA FAVORITA RADIO NETWORK, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-01267-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 10, 2022 AT 2:30 P.M.<br><br>(ECF Nos. 3, 7) |

　　　　This action was filed on August 19, 2021. (ECF No. 1.) A scheduling conference is currently set in this matter for December 7, 2021. (ECF No. 3.) Because no executed summons was filed, on November 19, 2021, the Court issued an order requiring Plaintiff to file a status report concerning the status of service. (ECF No. 5.) On November 22, 2021, Plaintiff returned an executed summons demonstrating Defendant was served on November 17, 2021. (ECF No. 6.) On the same date, Plaintiff filed a status report responsive to the Court's order. (ECF No. 7.) The Court shall continue the scheduling conference to allow for a responsive pleading to be filed.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 7, 2021, is CONTINUED to **January 10, 2022, at 2:30 p.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE