1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS, | Case No.  1:21-cv-01267-NONE-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| LA FAVORITA RADIO NETWORK, INC., | (ECF Nos. 8, 9) |
| Defendant. | |

This action was filed on August 19, 2021.  (ECF No. 1.)  Defendant was served on November 17, 2021 (ECF No. 6) but has not yet appeared in this action.  The matter is currently set for a scheduling conference on January 10, 2022.  (ECF No. 8.)

On January 4, 2022, Plaintiff filed a status report requesting a continuance of the January 10, 2022 scheduling conference.  (ECF No. 9.)  Plaintiff proffers the parties have agreed to a settlement of this matter and Plaintiff seeks to continue the scheduling conference at least forty-five days in order to complete processing the settlement conference paperwork and file a notice of dismissal.  (Id.)  Since Plaintiff has indicated a settlement has been reached between the parties, rather than continuing the scheduling conference date, the Court will construe the status report as a notice of settlement and vacate all pending matters and dates.  Further, since Plaintiff has expressly requested to file dispositional documents later than twenty-one days from the date

of filing of the notice of settlement, and good cause appearing, the Court shall grant Plaintiff's

request for forty-five days to file the dispositional documents.  See E.D. Cal. L.R. 160.

Accordingly, IT IS HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     Pursuant to Local Rule 160, the parties shall file dispositional documents on or before **February 18, 2022**.

IT IS SO ORDERED.

Dated:   **January 4, 2022**

_____
UNITED STATES MAGISTRATE JUDGE