# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS,<br><br>   Plaintiff,<br><br>   v.<br><br>LA FAVORITA RADIO NETWORK, INC.,<br><br>   Defendant. | Case No. 1:21-cv-01267-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 13) |

   On February 16, 2022, the parties filed a stipulated notice of voluntary dismissal. (ECF No. 13.) In light of the parties' notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice with each side to bear their own attorneys' fees and costs.

   Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **February 17, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1